IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-02707-CMA-KMT

WESTERN CAPITAL PARTNERS LLC, a Colorado limited liability company,

    Plaintiff,

v.

EDRA D. BLIXSETH, individually, a/k/a EDRA D. CROCKER, and
MATTHEW R. CROCKER, individually,

    Defendants.

---

## JUDGMENT BY DEFAULT AGAINST EDRA D. BLIXSETH A/KA/ EDRA D. CROCKER AND MATTHEW R. CROCKER

---

This matter comes before the Court on Plaintiff Western Capital Partners LLC's "Motion for Entry of Default and Default Judgment Pursuant to Fed. R. Civ. P. 55," filed January 7, 2009. Having reviewed Plaintiff's motion and the supporting affidavits of Bret L. Berglund and Brian T. Ray, the Court finds and concludes as follows:

1. This Court has jurisdiction over this matter under 28 U.S.C. § 1332(a), and venue in this Court is proper under 28 U.S.C. § 1391(a).

2. Defendant Edra D. Blixseth a/k/a Edra D. Crocker was served with the summons and complaint on December 12, 2008. The Clerk entered default against Ms. Blixseth a/k/a Ms. Crocker on January 13, 2009.

3. Defendant Matthew R. Crocker was served with the summons and complaint on December 15, 2008. The Clerk entered default against Mr. Crocker on January 13, 2009.

4. Neither Ms. Blixseth a/k/a Ms. Crocker, nor Mr. Crocker, are infants, incompetent persons, officers or agents of the United States of America or any State thereof, or in the military service.

4. The Court hereby orders the Clerk to enter judgment by default in favor of Plaintiff and against Ms. Blixseth a/k/a Ms. Crocker and Mr. Crocker *jointly and severally* as follows:

   a. $13,298,628.13 in compensatory damages.

   b. Costs as established by the Bill of Costs that Plaintiff may submit pursuant to Fed. R. Civ. P. 54.

DATED: January 22, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge