IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-02707-CMA-KMT

WESTERN CAPITAL PARTNERS LLC, a Colorado limited liability company,

    Plaintiff,

v.

EDRA D. BLIXSETH, individually, a/k/a EDRA D. CROCKER, and
MATTHEW R. CROCKER, individually,

    Defendants.

## ORDER SETTING HEARING REGARDING
## APPOINTMENT OF RECEIVER

This matter is before the Court on Plaintiff's Motion for Appointment of Receiver and Request for Forthwith Hearing (Doc. # 23).

IT IS HEREBY ORDERED that a hearing on Plaintiff's motion has been scheduled for **February 13, 2009 at 8:30 a.m.** in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado. Counsel for Plaintiff is DIRECTED to notify the debtor/Defendants and any other creditors who may have an interest in this case of this hearing.

DATED: February __11__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge