## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE CHRISTINE M. ARGUELLO

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes<br>Court Reporter: Darlene Martinez | Date: February 13, 2009 |

Civil Action No. 08-cv-02707-CMA-KMT

| *Parties:* | *Counsel:* |
|---|---|
| WESTERN CAPITAL PARTNERS LLC, a<br>Colorado limited liability company, | Christopher Conant<br>Robert Hatch |
|     Plaintiff, | |
| v. | |
| EDRA D. BLIXSETH, individually<br>    a/k/a Edra D. Crocker, and<br>MATTHEW R. CROCKER, individually | |
|     Defendants. | |

## COURTROOM MINUTES

HEARING: Motion

**8:36 a.m.**     **Court in session**.

Also present: Plaintiff client representative Bret Berglund.

**ORDER:**     Plaintiff's Motion to Certify Judgment **(16)** is **granted**. Signed Order to follow.

**ORDER:**     Emergency Motion for Appointment of Receiver Pursuant to F.R.C.P 69 and C.R.CP. 66(a)(2)(3) **(23)** is **denied**.

**8:45 am.**     **Court in recess/hearing concluded**.

Total in-court time: 00:09