**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02707-CMA-KMT

WESTERN CAPITAL PARTNERS LLC, a Colorado limited liability company,

    Plaintiff,

v.

EDRA D. BLIXSETH, individually, a/k/a EDRA D. CROCKER, and
MATTHEW R. CROCKER, individually,

    Defendants.
_____

## ORDER CERTIFYING JUDGMENT
_____

The Court, having read and considered Plaintiff's Motion to Certify Judgment, filed on January 26, 2009 (Doc. # 16), and good cause appearing from granting Plaintiff's Motion,

    IT IS ORDERED that Plaintiff's Motion to Certify Judgment is GRANTED.

    DATED: February 13, 2009.

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge