IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02707-CMA-KMT

WESTERN CAPITAL PARTNERS LLC, a Colorado limited liability company,

    Plaintiff,

v.

EDRA D. BLIXSETH, individually, a/k/a EDRA D. CROCKER, and
MATTHEW R. CROCKER, individually

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Committee's Motion For Authorization to Telephonic Appearance in the Judgment Debtor Examination of Edra D. Blizseth" (Doc. No. 40, filed on February 17, 2009) is DENIED on the basis of mootness. Defendant Edra D. Blixseth failed to appear at the Judgment Debtor Examination pursuant to Fed. R. Civ. P. 69 scheduled for February 18, 2009.

Dated: February 18, 2009