**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02707-CMA-KMT

WESTERN CAPITAL PARTNERS LLC, a Colorado limited liability company,

    Plaintiff,

v.

EDRA D. BLIXSETH, individually, a/k/a EDRA D. CROCKER, and
MATTHEW R. CROCKER, individually,

    Defendants.

## ORDER REGARDING ATTORNEYS' FEES AND JUDGMENT

This matter is before the Court on Plaintiff's Motions for Attorneys' Fees and for Correction of Judgment Pursuant to F.R.C.P. 60(a) and F.R.C.P. 60(b).  (Doc. ## 22, and 67).

On January 23, 2009, Plaintiff obtained a default judgment against Defendants, jointly and severally, for $13,298,628.13 plus costs and interest.  (Doc. # 15.) Defendants have filed bankruptcy and all collection efforts against Defendants are stayed by virtue of the automatic stay imposed by 11 U.S.C. § 362.

Accordingly, both Plaintiff's Motion for Attorneys' Fees and Motion for Correction of Judgment Pursuant to F.R.C.P. 60(a) and F.R.C.P. 60(b)  (Doc. ## 22 and 67) are DENIED WITHOUT PREJUDICE.

    DATED:  September __30__, 2009

                                                                       BY THE COURT:

                                                                       _/s/ Christine M. Arguello_
                                                                       CHRISTINE M. ARGUELLO
                                                                       United States District Judge